JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA S. GROFF,<br>    Plaintiff,<br> vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. CV 10-5037-DTB<br><br>**J U D G M E N T** |

  In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: November 17, 2011

                 /s/ David T. Bristow
                 DAVID T. BRISTOW
                 UNITED STATES MAGISTRATE JUDGE