1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Linda S. Groff

7

8                 UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10
   LINDA S. GROFF,                    )  Case No.: CV 10-5037 DTB
11                                    )
              Plaintiff,              )  {PROPOSED} ORDER AWARDING
12                                    )  EQUAL ACCESS TO JUSTICE ACT
         vs.                          )  ATTORNEY FEES AND EXPENSES
13                                    )  PURSUANT TO 28 U.S.C. § 2412(d)
   MICHAEL J. ASTRUE,                 )  AND COSTS PURSUANT TO 28
14 Commissioner of Social Security,   )  U.S.C. § 1920
                                      )
15            Defendant               )
                                      )
16 _____  )

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $4,200.00 as

21 authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized

22 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

   DATE: 1/19/12
23
                        _____
24                      THE HONORABLE DAVID T. BRISTOW
                        UNITED STATES MAGISTRATE JUDGE
25

26

                              -1-